## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Carol G. Corrao | : | Bankruptcy No. 14-24965-JAD |
| Debtor. | : | |
| | : | Chapter 13 |
| Bank of America | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| Carol. G Corrao and | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| Respondent | : | |

### DEBTOR'S DECLARATION OF SUFFICIENT PLAN FUNDING

Pursuant to the Order of Court entered on January 23, 2017, after reasonable investigation and upon review of the existing Chapter 13 Plan, and the recomputed plan, it appears that Debtor's existing plan payment is sufficient to fund the plan, even with the proposed payment change for March 1, 2017.

The new post-petition monthly payment payable to Movant is $1,327.46, per the Notice date January 20, 2017. The monthly plan payment is sufficient for the payment change.


Dated: November 30, 2015                    /s/Brian C. Thompson, Esquire
                                             Brian C. Thompson
                                             PA ID: 91197
                                             Thompson Law Group, P.C.
                                             125 Warrendale-Bayne Rd., Suite 200
                                             Warrendale, PA 15086
                                             (724) 799-8404 Telephone
                                             (724) 799-8409 Facsimile
                                             bthompson@thompsonattorney.com