# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 14-24965-JAD |
|     Carol G. Corrao, | ) | |
| | ) | Chapter 13 |
|     Debtors. | ) | |
| | ) | |
|     Carol G. Corrao, | ) | |
| | ) | Related to Document No. |
|     Movants, | ) | |
| | ) | |
|     v. | ) | |
|     Bank of America, | ) | |
| | ) | |
|     Respondent. | ) | |

**CERTIFICATE OF SERVICE**

    I, Meghan Hodge, Paralegal, certify under penalty of perjury that I served the Declaration of Sufficient Plan Funding on the following parties at the addresses listed below on February 10, 2017, via electronic communication and/or first class mail postage prepaid:

Dean A. Lozano
Bank of America, N.A.
2380 Performance Dr.
Richardson, TX 75082


Dated: February 10, 2017                    /s/Meghan Hodge
                                                   Meghan Hodge, Paralegal
                                                   Thompson Law Group, P.C.
                                                   125 Warrendale-Bayne Rd., Suite 200
                                                   Warrendale, PA 15086
                                                   (724) 799-8404 Telephone
                                                   (724) 799-8409 Facsimile
                                                   Mhodge@thompsonattorney.com