# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Carol G. Corrao, | Bankruptcy No.: 14-24965-JAD |
| Debtor. | Chapter 13 |
| _____ | Document No.: |
| Carol G. Corrao, | |
| | Related to Document No.: 103 |
| Movant, | |
| v. | |
| Western Pennsylvania Hospital, | |
| Respondent. | |

## CERTIFICATE OF SERVICE

I, Jill A. Gorzé, Paralegal, certify under penalty of perjury that I served the Wage Attachment Order and Notification of Debtor's Social Security Number on Debtor's employer at the address listed below on April 10, 2018, via first class mail postage prepaid:

**Western Pennsylvania Hospital
ATTN: Payroll Department
2570 Haymaker Road
Monroeville, PA, 15146**

Executed on:  <u>April 10, 2018</u>

<u>s/Brian C. Thompson, Esquire</u>
Signature of Chapter 13 Trustee or Attorney for Debtor(s)

<u>Brian C. Thompson, Esquire</u>
Typed Name of Chapter 13 Trustee or Attorney for Debtor(s)

<u>125 Warrendale Bayne Road, Suite 200, Warrendale, PA  15086</u>
Address of Chapter 13 Trustee or Attorney for Debtor(s)

<u>(724) 799-8404     Pa. I.D. #91197</u>
Phone No. and Pa. I.D. No. of Chapter 13 Trustee or Attorney for Debtor(s)