UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
4/9/18 9:37 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In re:
CAROL G. CORRAO

Debtor(s)

Ronda J. Winnecour, Trustee
Movant
vs.
CAROL G. CORRAO

Respondent(s)

Case No. 14-24965JAD
Chapter 13

Related to Document No. 95

## ORDER

AND NOW, this __9th__ day of _____April_____, 20__18__, the Court having considered the Chapter 13 Trustee's certification (or request) for dismissal, and any responses thereto, the following relief (as reflected by the checked boxes below) is **ORDERED, ADJUDGED and DECREED:**

☐   This case is *DISMISSED*, with prejudice. The Debtor(s) is/are ineligible for bankruptcy relief under any chapter for a period of 180 days from the date of this Order.

☐   This case is *DISMISSED*, without prejudice.

If either of the above provisions is checked, indicating that this case is being dismissed, then it is **FURTHER ORDERED** as follows:

A.   Each wage attachment issued in this case is now terminated. So that each employer knows to stop the wage attachment, the Debtor(s) shall immediately serve a copy of this Order on each employer and file a proof of service within 10 days of the date of this Order.

B.   This case is administratively closed. However, Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further Order of Court.

Motion Withdrawn Per
4/5/2018 Conciliation.

4

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                           Case No. 14-24965-JAD
Carol G. Corrao                                                                  Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel                Page 1 of 2            Date Rcvd: Apr 09, 2018
                              Form ID: pdf900           Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2018.

```
db             +Carol G. Corrao,    14 Weller Drive,    Irwin, PA 15642-9128
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
13973162       +Allegheny Radiology Assoc., Ltd.,    PO Box 3425,    Pittsburgh, PA 15230-3415
13973163       +Bank of America,    P Box 5170,    Simi Valley, CA 93062-5170
14008937        Bank of America,    Attn: Retail Payment Services,    P.O. Box 660933,    Dallas, TX 75266-0933
13992111       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13973166      ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
               (address filed with court: Collection Service Center,    PO Box 13446,    Pittsburgh, PA 15234)
14005177        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13973164       +Chase Bank USA,    PO Box 15298,    Wilmington, DE 19850-5298
13973165       +Citibank SD, N.A.,    PO Box 6241,    Sioux Falls, SD 57117-6241
13973167        Credit First N.A.,    PO Box 81315,    Cleveland, OH 44181-0315
14032844       +Credit First NA,    PO Box 818011,    Cleveland, OH 44181-8011
13973170       +Enhanced Recovery Corporation,    PO Box 23870,    Jacksonville, FL 32241-3870
14164185        Federal National Mortgage Association,    (Fannie Mae) Creditor c/o Seterus, Inc.,
                 PO Box 1047 Hartford, CT 06143-1047
13973173        Kohls Payment Center,    PO Box 2983-2983,    Milwaukee, WI 53201
13973174        Mercantile Adjustment Bureau, LLC,    PO Box 9055,    Williamsville, NY 14231-9055
13973175       +NCB Management Services Incorporated,    PO Box 1099,    Langhorne, PA 19047-6099
14035559        OneMain Financial Issuance Trust 2014-2,    P.O. Box 6042 Sioux Falls, SD 57117-6042
13973177       +Orthopedic Assoc. of Pgh., Inc.,    2550 Mosside Blvd., Ste. 405,    Monroeville, PA 15146-3533
13973178       +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
13973179       +PNC Bank,    PO Box 3180,    Pittsburgh, PA 15230-3180
13974616       +PNC Bank,N.A.,    PO Box 94982,    Cleveland, Oh 44101-4982
13973180      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,    PO Box 12903,
                 Norfolk, VA 23541)
13973182       +Premier Medical Associates,    PO Box 644984,    Pittsburgh, PA 15264-4984
13973185        Target Card Services,    PO Box 660170,    Dallas, TX 75266-0170
13973186        The Home Depot/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13973168        E-mail/Text: abovay@creditmanagementcompany.com Apr 10 2018 01:47:59
                 Credit Management Company,    PO Box 16346,    Pittsburgh, PA 15242-0346
13973169       +E-mail/Text: electronicbkydocs@nelnet.net Apr 10 2018 01:47:49     Dept of Ed/Nelnet,
                 3015 Parker Rd,    Suite 400,    Aurora, CO 80014-2904
13978171       +E-mail/Text: kpenn@lenderlaw.com Apr 10 2018 01:48:20     First Commonwealth Bank,
                 c/o Kirsten S. Penn, Esquire,    McGrath McCall, P.C.,    Three Gateway Center, Suite 1375,
                 401 Liberty Avenue,    Pittsburgh, PA 15222-1000
13973171       +E-mail/Text: bankruptcynotice@fcbanking.com Apr 10 2018 01:47:17     First Commonwealth Bank,
                 22 N. 6th Street,    Indiana, PA 15701-1802
13973172       +E-mail/PDF: gecsedi@recoverycorp.com Apr 10 2018 01:45:00     GE Capital Retail Bank,
                 PO Box 985033,    Orlando, FL 32896-0001
13973176       +E-mail/PDF: cbp@onemainfinancial.com Apr 10 2018 01:44:59     One Main Financial,
                 6801 Colwell Blvd.,    Irving, TX 75039-3198
13973181        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 10 2018 01:44:37
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk, VA 23541
14231884        E-mail/Text: bnc-quantum@quantum3group.com Apr 10 2018 01:47:27
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
13973183       +E-mail/PDF: gecsedi@recoverycorp.com Apr 10 2018 01:45:00     SYNCB/JCPenny,    PO Box 965007,
                 Orlando, FL 32896-5007
13973184       +E-mail/PDF: gecsedi@recoverycorp.com Apr 10 2018 01:44:34     Synchrony Bank/Sam's Club,
                 PO Box 965005,    Orlando, FL 32896-5005
13977685       +E-mail/Text: bncmail@w-legal.com Apr 10 2018 01:47:51     TD BANK USA, N.A.,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13977741       +E-mail/Text: electronicbkydocs@nelnet.net Apr 10 2018 01:47:49     U.S. Department of Education,
                 C/O Nelnet,    3015 South Parker Road, Suite 400,    Aurora, CO 80014-2904
13973187       +E-mail/Text: bnc@alltran.com Apr 10 2018 01:47:16     United Recovery Systems,    PO Box 722929,
                 Houston, TX 77272-2929
                                                                                              TOTAL: 13
```

              ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
```
cr              BANK OF AMERICA, N.A.
cr              Federal National Mortgage Association (Fannie Mae)
cr              Seterus, Inc., as the authorized subservicer for F
cr*             Quantum3 Group LLC as agent for,   MOMA Funding LLC,    PO Box 788,   Kirkland, WA  98083-0788
13974880*      +PNC Bank, N.A.,    PO Box 94982,    Cleveland, OH 44101-4982
13974878*      +PNC Bank,N.A.,    PO Box 94982,    Cleveland, OH 44101-4982
13974617*      +PNC Bank,N.A.,    PO Box 94982,    Cleveland, Oh 44101-4982
13974618*      +PNC Bank,N.A.,    PO Box 94982,    Cleveland, Oh 44101-4982
13974619*      +PNC Bank,N.A.,    PO Box 94982,    Cleveland, Oh 44101-4982
13974620*      +PNC Bank,N.A.,    PO Box 94982,    Cleveland, Oh 44101-4982
13974621*      +PNC Bank,N.A.,    PO Box 94982,    Cleveland, Oh 44101-4982
```

```
District/off: 0315-2          User: jhel              Page 2 of 2              Date Rcvd: Apr 09, 2018
                              Form ID: pdf900         Total Noticed: 39

cr          ##+First Commonwealth Bank,   c/o McGrath McCall, P.C.,   Three Gateway Center, Suite 1375,
              401 Liberty Avenue,    Pittsburgh, PA 15222-1004
                                                                                TOTALS: 3, * 8, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2018 at the address(es) listed below:

```
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae)
               agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Brian C. Thompson    on behalf of Debtor Carol G. Corrao bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillesp
               ie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
              Heather Stacey Riloff    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
               heather@mvrlaw.com,   Michelle@mvrlaw.com
              James Warmbrodt    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae)
               bkgroup@kmllawgroup.com
              Jeniece D. Davis    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
               jeniece@mvrlaw.com,   bonnie@mvrlaw.com
              Kirsten S. Penn    on behalf of Creditor    First Commonwealth Bank kpenn@lenderlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 10
```