**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 14-24965-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

Carol G. Corrao
14 Weller Drive
Irwin PA 15642

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/19/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 8: Federal National Mortgage Association, (Fannie Mae) Creditor c/o Seterus, Inc., PO Box 1047 Hartford, CT 06143-1047 | Nationstar Mortgage LLC d/b/a Mr. Cooper<br>P.O. Box 619094<br>Dallas, TX 75261-9741 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   07/24/19

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 14-24965-JAD
Carol G. Corrao                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: agro              Page 1 of 1              Date Rcvd: Jul 22, 2019
                      Form ID: trc          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 24, 2019.
14164185        Federal National Mortgage Association,   (Fannie Mae) Creditor c/o Seterus, Inc.,
         PO Box 1047 Hartford, CT 06143-1047

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2019                                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 19, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor   Federal National Mortgage Association (Fannie Mae)
              andygornall@latouflawfirm.com
              Andrew F Gornall    on behalf of Creditor   BANK OF AMERICA, N.A. andygornall@latouflawfirm.com
              Brian C. Thompson    on behalf of Debtor Carol G. Corrao bthompson@ThompsonAttorney.com,
              blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
              Heather Stacey Riloff    on behalf of Creditor   Seterus, Inc., as the authorized subservicer for
              Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
              heather@mvrlaw.com, Michelle@mvrlaw.com
              James Warmbrodt    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
              bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor   Federal National Mortgage Association (Fannie Mae)
              bkgroup@kmllawgroup.com
              Jeniece D. Davis    on behalf of Creditor   Seterus, Inc., as the authorized subservicer for
              Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
              jeniece@mvrlaw.com, bonnie@mvrlaw.com
              Kirsten S. Penn    on behalf of Creditor   First Commonwealth Bank kpenn@lenderlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
              srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                    TOTAL: 11