## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:  Carol G. Corrao,              :        Bankruptcy Case No.: 14-24965-JAD
                                      :
        Debtor.                       :        Chapter 13
_____        :
        Carol G. Corrao,              :
                                      :        Document No.:
        Movant,                       :
                                      :        Related to Document No.:
        v.                            :
                                      :        Related to Claim No.: 8
        Nationstar Mortgage, LLC,     :
        d/b/a Mr. Cooper,             :
                                      :
        Respondent.                   :

## DEBTOR'S DECLARATION OF SUFFICIENT PLAN FUNDING

Pursuant with the Notice of Mortgage Payment Change filed on July 31, 2019, after reasonable investigation and upon review of the existing Chapter 13 Plan, it appears to Debtor that the existing payment is sufficient to fund the Plan even with the proposed change for September 1, 2019.

The new post-petition monthly payment payable to Respondent is $1,283.85, effective September 1, 2019, per the notice dated July 31, 2019.  The Debtor's Plan payment provides for a monthly payment to Nationstar Mortgage LLC, d/b/a Mr. Cooper of $1,338.83.  Therefore, Debtor's Plan remains sufficient.

Respectfully Submitted,

Date:  August 8, 2019

/s/Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor
PA I.D. # 91197
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com