# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Carol G. Corrao, | : | Bankruptcy No.: 14-24965-JAD |
| Debtor. | : | Chapter 13 |
| | : | Document No.: |
| Carol G. Corrao, | : | |
| Movant, | : | Related to Document No.: 116 |
| v. | : | Related to Claim No.: 8 |
| Nationstar Mortgage, LLC, d/b/a Mr. Cooper, | : | |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

I, Jill A. Gorzé, Paralegal, certify under penalty of perjury the Debtor's Declaration of Sufficient Plan Funding, was served via electronic service and/or First Class U.S. mail postage prepaid on August 8, 2019, on the parties listed below:

Nationstar Mortgage, LLC d/b/a
Mr. Cooper
P.O. Box 61909
Dallas, TX  75261-9741

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Dana O'Brien, Authorized Agent
McCalla, Raymer, Leibert, Pierce, LLC
1544 Old Alabama Road
Roswell, GA  30076

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Executed on:  August 8, 2019      By:   /s/Jill A. Gorzé
                                        Jill A. Gorzé, Paralegal
                                        THOMPSON LAW GROUP, P.C.
                                        125 Warrendale Bayne Rd., Suite 200
                                        Warrendale, PA 15086
                                        Telephone (724) 799-8404
                                        Facsimile (724) 799-8409
                                        jgorze@thompsonattorney.com