# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Carol G. Corrao, | : | Bankruptcy Case No.: 14-24965-JAD |
| | : | |
| Debtor. | : | Chapter 13 |
| _____ | : | |
| Thompson Law Group, P.C., | : | |
| | : | Document No.: |
| Applicant, | : | |
| | : | Related to Document No.: 118, 119 |
| v. | : | |
| | : | |
| No Respondents, | : | **Hearing Date and Time:** |
| | : | December 13, 2019 at 11:00 a.m. |
| No Respondent, | : | |

## CERTIFICATION OF NO OBJECTION REGARDING
## APPLICATION FOR FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on November 18, 2019 at Document No. 118 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Notice of Hearing at Document No. 119, Objections were to be filed and served no later than December 5, 2019.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Application recorded at Document No. 118 be entered by the Court.

Date: <u>December 6, 2019</u>     /s/ Brian C. Thompson
　　　　　　　　　　　　　　　　Brian C. Thompson, Esquire
　　　　　　　　　　　　　　　　Attorney for Debtor
　　　　　　　　　　　　　　　　PA ID No. 91197
　　　　　　　　　　　　　　　　THOMPSON LAW GROUP, P.C.
　　　　　　　　　　　　　　　　125 Warrendale Bayne Road, Suite 200
　　　　　　　　　　　　　　　　Warrendale, PA 15086
　　　　　　　　　　　　　　　　(724) 799-8404 Telephone
　　　　　　　　　　　　　　　　(724) 799-8409 Facsimile
　　　　　　　　　　　　　　　　bthompson@thompsonattorney.com