IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Carol G. Corrao<br><br>      Debtor(s)<br><br>Ronda J. Winnecour, Chapter 13 Trustee<br>      Movant(s)<br>Vs.<br>Carol G. Corrao<br><br>      Respondent(s) | Bankruptcy No. 14-24965-JAD<br><br>Chapter 13<br><br>Doc. No. 125<br><br>Related to Doc. No. 124 |

## NOTICE OF HEARING ON MOTION OF TRUSTEE FOR DISMISSAL

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing. If a written response is timely filed, a hearing on the Trustee's motion will be held on **March 04, 2020 at 10:00 a.m. before Judge Jeffery A. Deller in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania.** Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response on or before **February 03, 2020.**

01-13-2020
Date

/s/ Ronda J. Winnecour
Ronda J. Winnecour (PA I.D.#30399)
Attorney and the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 14-24965-JAD
Carol G. Corrao                                                           Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: msch              Page 1 of 2         Date Rcvd: Jan 16, 2020
                            Form ID: pdf900         Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2020.
```
db           +Carol G. Corrao,   14 Weller Drive,   Irwin, PA 15642-9128
cr           +Peoples Natural Gas Company, LLC,   Attn: Dawn Lindner,   375 North Shore Drive, Suite 600,
               Pittsburgh, PA 15212-5866
13973162     +Allegheny Radiology Assoc., Ltd.,   PO Box 3425,   Pittsburgh, PA 15230-3415
13973163     +Bank of America,   P Box 5170,   Simi Valley, CA 93062-5170
14008937      Bank of America,   Attn: Retail Payment Services,   P.O. Box 660933,   Dallas, TX 75266-0933
13992111     +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
13973166    ++COLLECTION SERVICE CENTER INC,   363 VANADIUM ROAD,   STE 109,   PITTSBURGH PA 15243-1477
             (address filed with court: Collection Service Center,    PO Box 13446,   Pittsburgh, PA 15234)
14005177      Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13973164     +Chase Bank USA,   PO Box 15298,   Wilmington, DE 19850-5298
13973165     +Citibank SD, N.A.,   PO Box 6241,   Sioux Falls, SD 57117-6241
13973167      Credit First N.A.,   PO Box 81315,   Cleveland, OH 44181-0315
14032844     +Credit First NA,   PO Box 818011,   Cleveland, OH 44181-8011
14164185      Federal National Mortgage Association,   (Fannie Mae) Creditor c/o Seterus, Inc.,
               PO Box 1047 Hartford, CT 06143-1047
13973173      Kohls Payment Center,   PO Box 2983-2983,   Milwaukee, WI 53201
13973174      Mercantile Adjustment Bureau, LLC,   PO Box 9055,   Williamsville, NY 14231-9055
13973175     +NCB Management Services Incorporated,   PO Box 1099,   Langhorne, PA 19047-6099
15090120     +Nationstar Mortgage LLC d/b/a Mr. Cooper,   P.O. Box 619094,   Dallas, TX 75261-9094
14035559      OneMain Financial Issuance Trust 2014-2,   P.O. Box 6042 Sioux Falls, SD 57117-6042
13973177     +Orthopedic Assoc. of Pgh., Inc.,   2550 Mosside Blvd., Ste. 405,   Monroeville, PA 15146-3533
13973178     +PNC Bank,   2730 Liberty Avenue,   Pittsburgh, PA 15222-4747
13973179     +PNC Bank,   PO Box 3180,   Pittsburgh, PA 15230-3180
13974616     +PNC Bank,N.A.,   PO Box 94982,   Cleveland, Oh 44101-4982
13973180    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,    PO Box 12903,
               Norfolk, VA 23541)
13973182     +Premier Medical Associates,   PO Box 644984,   Pittsburgh, PA 15264-4984
13973185      Target Card Services,   PO Box 660170,   Dallas, TX 75266-0170
13973186      The Home Depot/CBNA,   PO Box 6497,   Sioux Falls, SD 57117-6497
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13973168      E-mail/Text: bdsupport@creditmanagementcompany.com Jan 17 2020 03:17:32
               Credit Management Company,   PO Box 16346,   Pittsburgh, PA 15242-0346
13973169     +E-mail/Text: electronicbkydocs@nelnet.net Jan 17 2020 03:17:01     Dept of Ed/Nelnet,
               3015 Parker Rd,   Suite 400,   Aurora, CO 80014-2904
13973170     +E-mail/Text: bknotice@ercbpo.com Jan 17 2020 03:17:01     Enhanced Recovery Corporation,
               PO Box 23870,   Jacksonville, FL 32241-3870
13978171     +E-mail/Text: kpenn@lenderlaw.com Jan 17 2020 03:18:07     First Commonwealth Bank,
               c/o Kirsten S. Penn, Esquire,   McGrath McCall, P.C.,   Three Gateway Center, Suite 1375,
               401 Liberty Avenue,   Pittsburgh, PA 15222-1000
13973171     +E-mail/Text: bankruptcynotice@fcbanking.com Jan 17 2020 03:15:46     First Commonwealth Bank,
               22 N. 6th Street,   Indiana, PA 15701-1802
13973172      E-mail/PDF: gecsedi@recoverycorp.com Jan 17 2020 03:23:53     GE Capital Retail Bank,
               PO Box 985033,   Orlando, FL 32896-0001
13973176      E-mail/PDF: cbp@onemainfinancial.com Jan 17 2020 03:23:10     One Main Financial,
               6801 Colwell Blvd.,   Irving, TX 75039-3198
13973181      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 17 2020 03:24:10
               Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk, VA 23541
14231884      E-mail/Text: bnc-quantum@quantum3group.com Jan 17 2020 03:16:20
               Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
13973183     +E-mail/PDF: gecsedi@recoverycorp.com Jan 17 2020 03:22:32     SYNCB/JCPenny,   PO Box 965007,
               Orlando, FL 32896-5007
13973184     +E-mail/PDF: gecsedi@recoverycorp.com Jan 17 2020 03:23:13     Synchrony Bank/Sam's Club,
               PO Box 965005,   Orlando, FL 32896-5005
13977685     +E-mail/Text: bncmail@w-legal.com Jan 17 2020 03:17:08     TD BANK USA, N.A.,
               C O WEINSTEIN,PINSON AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13977741     +E-mail/Text: electronicbkydocs@nelnet.net Jan 17 2020 03:17:01     U.S. Department of Education,
               C/O Nelnet,   3015 South Parker Road, Suite 400,   Aurora, CO 80014-2904
13973187     +E-mail/Text: bnc@alltran.com Jan 17 2020 03:15:45     United Recovery Systems,   PO Box 722929,
               Houston, TX 77272-2929
                                                                                             TOTAL: 14
```
```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr              Federal National Mortgage Association (Fannie Mae)
cr              Nationstar Mortgage LLC d/b/a Mr. Cooper
cr              Seterus, Inc., as the authorized subservicer for F
```

```
District/off: 0315-2                  User: msch                    Page 2 of 2                  Date Rcvd: Jan 16, 2020
                                      Form ID: pdf900               Total Noticed: 40

cr*             Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA   98083-0788
13974880*      +PNC Bank, N.A.,    PO Box 94982,    Cleveland, OH 44101-4982
13974878*      +PNC Bank,N.A.,    PO Box 94982,    Cleveland, OH 44101-4982
13974617*      +PNC Bank,N.A.,    PO Box 94982,    Cleveland, Oh 44101-4982
13974618*      +PNC Bank,N.A.,    PO Box 94982,    Cleveland, Oh 44101-4982
13974619*      +PNC Bank,N.A.,    PO Box 94982,    Cleveland, Oh 44101-4982
13974620*      +PNC Bank,N.A.,    PO Box 94982,    Cleveland, Oh 44101-4982
13974621*      +PNC Bank,N.A.,    PO Box 94982,    Cleveland, Oh 44101-4982
cr            ##+First Commonwealth Bank,    c/o McGrath McCall, P.C.,    Three Gateway Center, Suite 1375,
                 401 Liberty Avenue,    Pittsburgh, PA 15222-1004
                                                                                              TOTALS: 4, * 8, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2020                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2020 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. andygornall@latouflawfirm.com
              Andrew F Gornall    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae)
               andygornall@latouflawfirm.com
              Brian C. Thompson    on behalf of Debtor Carol G. Corrao bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;mswenson@thompsonattorney.com
              Heather Stacey Riloff    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
               heather@mvrlaw.com,    Michelle@mvrlaw.com
              James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae)
               bkgroup@kmllawgroup.com
              Jeniece D. Davis    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
               jeniece@mvrlaw.com,    bonnie@mvrlaw.com
              Kirsten S. Penn    on behalf of Creditor    First Commonwealth Bank kpenn@lenderlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                 TOTAL: 11
```