IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| Carol G. Corrao | ) | Case No.: 14-24965-JAD |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| _____ | ) | Related to Doc. #127 |
| Ronda J. Winnecour, Trustee | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| PNC Bank, N.A. | ) | |
| | ) | |
| Respondent(s) | ) | |

<u>WITHDRAWAL OF TRUSTEE'S OBJECTION TO CLAIM #1</u>

Trustee's Objection to Claim #1 that was filed in the above-referenced case on

January 17, 2020 (document #127) is hereby WITHDRAWN.

Respectfully submitted

<u>2/18/2020</u>                    /s/ Ronda J. Winnecour

Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                              )
Carol G. Corrao                                     )       Case No.: 14-24965-JAD
                                                    )       Chapter 13
        Debtor(s)                                   )
_____)                        Related to Doc. #127
Ronda J. Winnecour, Trustee                         )
                                                    )
        Movant,                                     )
                                                    )
            vs.                                     )
PNC Bank, N.A.                                      )
                                                    )
        Respondent(s)                               )

CERTIFICATE OF SERVICE

        I hereby certify that on the date shown below, I served a true and correct copy
of the foregoing pleading upon the following, by regular United States mail, postage
prepaid:

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA  15222

Carol G. Corrao
14 Weller Drive
Irwin, PA  15642

Brian Thompson, Esquire
125 Warrendale Bayne Road
Suite 200
Warrendale, PA  15086

PNC Bank, N.A.
PO Box 94982
Cleveland, OH  44101

PNC Bank, N.A.
William Demchak, CEO
300 Fifth Avenue
The Tower at PNC Bank Plaza
Pittsburgh, PA  15222

2/18/20
date

/s/ Rosa M. Richard___
Office of the Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566