**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　CAROL G. CORRAO<br><br>　　　　Debtor(s)<br>Ronda J. Winnecour, Trustee<br>　Movant<br>　　vs.<br>CAROL G. CORRAO<br><br><br>　　　　Respondents | Bankruptcy No.14-24965-JAD<br><br>Chapter 13<br><br>Related to Doc. No. 133 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this 20th day of February, 2020, it is hereby ORDERED, ADJUDGED and DECREED that,

> Western Pennsylvania Hospital
> Attn: Payroll Manager
> 2570 Haymaker Rd
> Monroeville, PA 15146

is hereby ordered to immediately terminate the attachment of the wages of CAROL G. CORRAO, social security number XXX-XX-9616. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of CAROL G. CORRAO.

BY THE COURT:

_____ mas
JEFFERY A. DELLER
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
　Debtor(s) Attorney
　Debtor(s) Employer

FILED
2/20/20 3:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 14-24965-JAD
Carol G. Corrao                                                         Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: msch              Page 1 of 1          Date Rcvd: Feb 20, 2020
                             Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2020.
db         +Carol G. Corrao,    14 Weller Drive,    Irwin, PA 15642-9128
           +Western Pennsylvania Hospital,    Attn: HR Dept./Payroll Manager,    2570 Haymaker Road,
             Monroeville, PA 15146-3513

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2020                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2020 at the address(es) listed below:
      Andrew F Gornall    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae) andygornall@latouflawfirm.com
      Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. andygornall@latouflawfirm.com
      Brian C. Thompson    on behalf of Debtor Carol G. Corrao bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;mswenson@thompsonattorney.com
      Heather Stacey Riloff    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. heather@mvrlaw.com, Michelle@mvrlaw.com
      James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com
      James Warmbrodt    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae) bkgroup@kmllawgroup.com
      Jeniece D. Davis    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. jeniece@mvrlaw.com, bonnie@mvrlaw.com
      Kirsten S. Penn    on behalf of Creditor    First Commonwealth Bank kpenn@lenderlaw.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                       TOTAL: 11