Form 408

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Carol G. Corrao**
  Debtor(s)

Bankruptcy Case No.: 14−24965−JAD
Doc. No. 139
Chapter: 13
Docket No.: 140 − 139

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 24th of March, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 5/15/20.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **5/27/20 at 11:00 AM in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **5/15/20.**

                                                    Jeffery A. Deller
                                                    United States Bankruptcy Judge

cm: **All Parties**

Case 14-24965-JAD   Doc 142   Filed 03/26/20   Entered 03/27/20 00:44:33   Desc
Imaged Certificate of Notice   Page 2 of 3

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 14-24965-JAD
Carol G. Corrao                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: msch    Page 1 of 2    Date Rcvd: Mar 24, 2020
                        Form ID: 408   Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2020.
```
db            +Carol G. Corrao,    14 Weller Drive,    Irwin, PA 15642-9128
cr            +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    375 North Shore Drive, Suite 600,
                Pittsburgh, PA 15212-5866
13973162      +Allegheny Radiology Assoc., Ltd.,    PO Box 3425,    Pittsburgh, PA 15230-3415
14008937       Bank of America,    Attn: Retail Payment Services,    P.O. Box 660933,    Dallas, TX 75266-0933
13973163      +Bank of America,    P Box 5170,    Simi Valley, CA 93062-5170
13992111      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13973166     ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
              (address filed with court: Collection Service Center,    PO Box 13446,    Pittsburgh, PA 15234)
14005177       Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13973165      +Citibank SD, N.A.,    PO Box 6241,    Sioux Falls, SD 57117-6241
13973167       Credit First N.A.,    PO Box 81315,    Cleveland, OH 44181-0315
14032844      +Credit First NA,    PO Box 818011,    Cleveland, OH 44181-8011
14164185       Federal National Mortgage Association,    (Fannie Mae) Creditor c/o Seterus, Inc.,
                PO Box 1047 Hartford, CT 06143-1047
13973173       Kohls Payment Center,    PO Box 2983-2983,    Milwaukee, WI 53201
13973174       Mercantile Adjustment Bureau, LLC,    PO Box 9055,    Williamsville, NY 14231-9055
13973175      +NCB Management Services Incorporated,    PO Box 1099,    Langhorne, PA 19047-6099
15090120      +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619094,    Dallas, TX 75261-9094
14035559       OneMain Financial Issuance Trust 2014-2,    P.O. Box 6042 Sioux Falls, SD 57117-6042
13973177      +Orthopedic Assoc. of Pgh., Inc.,    2550 Mosside Blvd., Ste. 405,    Monroeville, PA 15146-3533
13973178      +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
13973179      +PNC Bank,    PO Box 3180,    Pittsburgh, PA 15230-3180
13974616      +PNC Bank,N.A.,    PO Box 94982,    Cleveland, Oh 44101-4982
13973180     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,    PO Box 12903,
                Norfolk, VA 23541)
13973182      +Premier Medical Associates,    PO Box 644984,    Pittsburgh, PA 15264-4984
13973185       Target Card Services,    PO Box 660170,    Dallas, TX 75266-0170
13973186       The Home Depot/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13973168       E-mail/Text: bdsupport@creditmanagementcompany.com Mar 25 2020 03:51:54
                Credit Management Company,    PO Box 16346,    Pittsburgh, PA 15242-0346
13973169      +E-mail/Text: electronicbkydocs@nelnet.net Mar 25 2020 03:51:43     Dept of Ed/Nelnet,
                3015 Parker Rd,   Suite 400,    Aurora, CO 80014-2904
13973170      +E-mail/Text: bknotice@ercbpo.com Mar 25 2020 03:51:43     Enhanced Recovery Corporation,
                PO Box 23870,    Jacksonville, FL 32241-3870
13978171      +E-mail/Text: kpenn@lenderlaw.com Mar 25 2020 03:52:19     First Commonwealth Bank,
                c/o Kirsten S. Penn, Esquire,    McGrath McCall, P.C.,    Three Gateway Center, Suite 1375,
                401 Liberty Avenue,    Pittsburgh, PA 15222-1000
13973171      +E-mail/Text: bankruptcynotice@fcbanking.com Mar 25 2020 03:50:56      First Commonwealth Bank,
                22 N. 6th Street,    Indiana, PA 15701-1802
13973172      +E-mail/PDF: gecsedi@recoverycorp.com Mar 25 2020 03:54:47     GE Capital Retail Bank,
                PO Box 985033,    Orlando, FL 32896-0001
13973164       E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 25 2020 03:55:00      Chase Bank USA,
                PO Box 15298,    Wilmington, DE 19850
13973176      +E-mail/PDF: cbp@onemainfinancial.com Mar 25 2020 03:55:26     One Main Financial,
                6801 Colwell Blvd.,    Irving, TX 75039-3198
13973181       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 25 2020 03:54:19
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk, VA 23541
14231884       E-mail/Text: bnc-quantum@quantum3group.com Mar 25 2020 03:51:17
                Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
13973183      +E-mail/PDF: gecsedi@recoverycorp.com Mar 25 2020 03:54:47     SYNCB/JCPenny,    PO Box 965007,
                Orlando, FL 32896-5007
13973184      +E-mail/PDF: gecsedi@recoverycorp.com Mar 25 2020 03:54:48     Synchrony Bank/Sam's Club,
                PO Box 965005,    Orlando, FL 32896-5005
13977685      +E-mail/Text: bncmail@w-legal.com Mar 25 2020 03:51:45     TD BANK USA, N.A.,
                C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13977741      +E-mail/Text: electronicbkydocs@nelnet.net Mar 25 2020 03:51:43     U.S. Department of Education,
                C/O Nelnet,   3015 South Parker Road, Suite 400,    Aurora, CO 80014-2904
13973187      +E-mail/Text: bnc@alltran.com Mar 25 2020 03:50:56     United Recovery Systems,    PO Box 722929,
                Houston, TX 77272-2929
                                                                                              TOTAL: 15
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             BANK OF AMERICA, N.A.
cr             Federal National Mortgage Association (Fannie Mae)
cr             Nationstar Mortgage LLC d/b/a Mr. Cooper
cr             Seterus, Inc., as the authorized subservicer for F
```

```
District/off: 0315-2                  User: msch                    Page 2 of 2                  Date Rcvd: Mar 24, 2020
                                      Form ID: 408                  Total Noticed: 40

cr*             Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
13974880*        +PNC Bank, N.A.,    PO Box 94982,    Cleveland, OH 44101-4982
13974878*        +PNC Bank,N.A.,    PO Box 94982,    Cleveland, OH 44101-4982
13974617*        +PNC Bank,N.A.,    PO Box 94982,    Cleveland, Oh 44101-4982
13974618*        +PNC Bank,N.A.,    PO Box 94982,    Cleveland, Oh 44101-4982
13974619*        +PNC Bank,N.A.,    PO Box 94982,    Cleveland, Oh 44101-4982
13974620*        +PNC Bank,N.A.,    PO Box 94982,    Cleveland, Oh 44101-4982
13974621*        +PNC Bank,N.A.,    PO Box 94982,    Cleveland, Oh 44101-4982
cr             ##+First Commonwealth Bank,    c/o McGrath McCall, P.C.,    Three Gateway Center, Suite 1375,
                 401 Liberty Avenue,    Pittsburgh, PA 15222-1004
                                                                                                TOTALS: 4, * 8, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2020                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2020 at the address(es) listed below:

```
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. andygornall@latouflawfirm.com
              Andrew F Gornall    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae)
               andygornall@latouflawfirm.com
              Brian C. Thompson    on behalf of Debtor Carol G. Corrao bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;mswenson@thompsonattorney.com;jcastello@thompsonattorney.com
              Heather Stacey Riloff    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
               heather@mvrlaw.com,  Michelle@mvrlaw.com
              James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae)
               bkgroup@kmllawgroup.com
              Jeniece D. Davis    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
               jeniece@mvrlaw.com,  bonnie@mvrlaw.com
              Kirsten S. Penn    on behalf of Creditor    First Commonwealth Bank kpenn@lenderlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                 TOTAL: 11
```