## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Carol G. Corrao, | : | Bankruptcy Case No.: 14-24965-JAD |
| | : | |
| Debtor. | : | Chapter 13 |
| _____ | : | |
| Carol G. Corrao, | : | |
| | : | Document No.: |
| Movant, | : | |
| | : | Related to Document No.: 21 |
| v. | : | |
| | : | |
| No Respondents, | : | |
| | : | |
| Respondent. | : | |

### DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is **not** required to pay any Domestic Support Obligations

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On January 16, 2015, at docket number  21 , Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by Debtor*:* Debtor carefully examined and understands each of the Bankruptcy Code sections referenced in this Certification.

   Dated:  April 24, 2020            /s/Carol G. Corrao
                                     Carol G. Corrao, Debtor

                                     Respectfully submitted,

   Dated:  April 24, 2020            /s/Brian C. Thompson
                                     Brian C. Thompson, Esquire
                                     PA ID: 91197
                                     Thompson Law Group, P.C.
                                     125 Warrendale Bayne Road, Suite 200
                                     Warrendale, PA 15086
                                     (724) 799-8404 Telephone
                                     bthompson@thompsonattorney.com