FILED
5/18/20 2:42 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    CAROL G. CORRAO

        Debtor(s)

Ronda J. Winnecour
       Movant
  vs.
No Repondents.

**DEFAULT O/E JAD**

Bankruptcy No. 14-24965-JAD

Chapter 13

Related To Doc. No. 139

ORDER OF COURT

    AND NOW, this <u>18th</u> day of <u>May</u>, 2020, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1) This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2) The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3) To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4) Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5) Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6) After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

*[signature]*  mas

JEFFERY A. DELLER
U.S. BANKRUPTCY JUDGE

```
                      United States Bankruptcy Court
                      Western District of Pennsylvania
In re:                                                    Case No. 14-24965-JAD
Carol G. Corrao                                           Chapter 13
         Debtor
                             CERTIFICATE OF NOTICE
District/off: 0315-2          User: nsha              Page 1 of 2             Date Rcvd: May 18, 2020
                              Form ID: pdf900         Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 20, 2020.
db             +Carol G. Corrao,    14 Weller Drive,    Irwin, PA 15642-9128
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
13973162       +Allegheny Radiology Assoc., Ltd.,    PO Box 3425,    Pittsburgh, PA 15230-3415
14008937        Bank of America,    Attn: Retail Payment Services,    P.O. Box 660933,    Dallas, TX 75266-0933
13973163       +Bank of America,    P Box 5170,    Simi Valley, CA 93062-5170
13992111       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13973166      ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
                (address filed with court: Collection Service Center,     PO Box 13446,    Pittsburgh, PA 15234)
14005177        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13973165       +Citibank SD, N.A.,    PO Box 6241,    Sioux Falls, SD 57117-6241
13973167        Credit First N.A.,    PO Box 81315,    Cleveland, OH 44181-0315
14032844       +Credit First NA,    PO Box 818011,    Cleveland, OH 44181-8011
14164185        Federal National Mortgage Association,    (Fannie Mae) Creditor c/o Seterus, Inc.,
                 PO Box 1047 Hartford, CT 06143-1047
13973173        Kohls Payment Center,    PO Box 2983-2983,    Milwaukee, WI 53201
13973174        Mercantile Adjustment Bureau, LLC,    PO Box 9055,    Williamsville, NY 14231-9055
13973175       +NCB Management Services Incorporated,    PO Box 1099,    Langhorne, PA 19047-6099
15090120       +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619094,    Dallas, TX 75261-9094
14035559        OneMain Financial Issuance Trust 2014-2,    P.O. Box 6042 Sioux Falls, SD 57117-6042
13973177       +Orthopedic Assoc. of Pgh., Inc.,    2550 Mosside Blvd., Ste. 405,    Monroeville, PA 15146-3533
13973178       +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
13973179       +PNC Bank,    PO Box 3180,    Pittsburgh, PA 15230-3180
13974616       +PNC Bank,N.A.,    PO Box 94982,    Cleveland, Oh 44101-4982
13973180      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,     PO Box 12903,
                 Norfolk, VA 23541)
13973182       +Premier Medical Associates,    PO Box 644984,    Pittsburgh, PA 15264-4984
13973185        Target Card Services,    PO Box 660170,    Dallas, TX 75266-0170
13973186        The Home Depot/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13973168        E-mail/Text: bdsupport@creditmanagementcompany.com May 19 2020 03:35:21
                 Credit Management Company,    PO Box 16346,    Pittsburgh, PA 15242-0346
13973169       +E-mail/Text: electronicbkydocs@nelnet.net May 19 2020 03:35:16      Dept of Ed/Nelnet,
                 3015 Parker Rd,    Suite 400,    Aurora, CO 80014-2904
13973170       +E-mail/Text: bknotice@ercbpo.com May 19 2020 03:35:17      Enhanced Recovery Corporation,
                 PO Box 23870,    Jacksonville, FL 32241-3870
13978171       +E-mail/Text: kpenn@lenderlaw.com May 19 2020 03:35:33      First Commonwealth Bank,
                 c/o Kirsten S. Penn, Esquire,    McGrath McCall, P.C.,    Three Gateway Center, Suite 1375,
                 401 Liberty Avenue,    Pittsburgh, PA 15222-1000
13973171       +E-mail/Text: bankruptcynotice@fcbanking.com May 19 2020 03:34:45      First Commonwealth Bank,
                 22 N. 6th Street,    Indiana, PA 15701-1802
13973172       +E-mail/PDF: gecsedi@recoverycorp.com May 19 2020 03:40:15      GE Capital Retail Bank,
                 PO Box 985033,    Orlando, FL 32896-0001
13973164        E-mail/PDF: ais.chase.ebn@americaninfosource.com May 19 2020 03:40:17      Chase Bank USA,
                 PO Box 15298,    Wilmington, DE 19850
13973176       +E-mail/PDF: cbp@onemainfinancial.com May 19 2020 03:39:46      One Main Financial,
                 6801 Colwell Blvd.,    Irving, TX 75039-3198
13973181        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 19 2020 09:13:07
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk, VA 23541
14231884        E-mail/Text: bnc-quantum@quantum3group.com May 19 2020 03:35:00
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
13973183       +E-mail/PDF: gecsedi@recoverycorp.com May 19 2020 03:39:24      SYNCB/JCPenny,    PO Box 965007,
                 Orlando, FL 32896-5007
13973184       +E-mail/PDF: gecsedi@recoverycorp.com May 19 2020 03:40:15      Synchrony Bank/Sam's Club,
                 PO Box 965005,    Orlando, FL 32896-5005
13977685       +E-mail/Text: bncmail@w-legal.com May 19 2020 03:35:18      TD BANK USA, N.A.,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13977741       +E-mail/Text: electronicbkydocs@nelnet.net May 19 2020 03:35:16      U.S. Department of Education,
                 C/O Nelnet,    3015 South Parker Road, Suite 400,    Aurora, CO 80014-2904
13973187       +E-mail/Text: bnc@alltran.com May 19 2020 03:34:43      United Recovery Systems,    PO Box 722929,
                 Houston, TX 77272-2929
                                                                                              TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             BANK OF AMERICA, N.A.
cr             Federal National Mortgage Association (Fannie Mae)
cr             Nationstar Mortgage LLC d/b/a Mr. Cooper
cr             Seterus, Inc., as the authorized subservicer for F
```

```
District/off: 0315-2                  User: nsha                    Page 2 of 2                   Date Rcvd: May 18, 2020
                                      Form ID: pdf900               Total Noticed: 40

cr*             Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA   98083-0788
13974880*      +PNC Bank, N.A.,    PO Box 94982,    Cleveland, OH 44101-4982
13974878*      +PNC Bank,N.A.,    PO Box 94982,    Cleveland, Oh 44101-4982
13974617*      +PNC Bank,N.A.,    PO Box 94982,    Cleveland, Oh 44101-4982
13974618*      +PNC Bank,N.A.,    PO Box 94982,    Cleveland, Oh 44101-4982
13974619*      +PNC Bank,N.A.,    PO Box 94982,    Cleveland, Oh 44101-4982
13974620*      +PNC Bank,N.A.,    PO Box 94982,    Cleveland, Oh 44101-4982
13974621*      +PNC Bank,N.A.,    PO Box 94982,    Cleveland, Oh 44101-4982
cr            ##+First Commonwealth Bank,   c/o McGrath McCall, P.C.,   Three Gateway Center, Suite 1375,
                401 Liberty Avenue,    Pittsburgh, PA 15222-1004
                                                                                               TOTALS: 4, * 8, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 18, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. andygornall@latouflawfirm.com
              Andrew F Gornall    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae)
               andygornall@latouflawfirm.com
              Brian C. Thompson    on behalf of Debtor Carol G. Corrao bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com
              Heather Stacey Riloff    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for
                Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
               heather@mvrlaw.com,   Michelle@mvrlaw.com
              James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae)
               bkgroup@kmllawgroup.com
              Jeniece D. Davis    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for
                Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
               jeniece@mvrlaw.com,   bonnie@mvrlaw.com
              Kirsten S. Penn    on behalf of Creditor    First Commonwealth Bank kpenn@lenderlaw.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 11
```